# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv65

| | |
|---|---|
| AMERICAN CORPORATION, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| INTERNATIONAL LEGWEAR GROUP, ) | |
| INC., and JAMES A. WILLIAMS, ) | |
| ) | |
|     Defendants. ) | |
| _____ ) | |

Pending before the Court is Defendants Motion to Seal [# 40]. Pursuant to Local Rule 6.1, Defendant International Legwear Group, Inc. moves to file under seal its Answer & Counterclaims and exhibits [# 38]. Similarly, Defendant Williams moves to file under seal his Answer to Amended Complaint [# 39]. The parties entered into a Confidentiality Agreement and Protective Order. Pursuant to this Order, the Defendants have designated portions of these pleadings as "Confidential for Attorneys' Eyes Only."

Upon consideration of Local Rule 6.1, and taking into account the requirements set forth by the Fourth Circuit in <u>Media Gen. Operations, Inc. v. Buchanan</u>, 417 F.3d 424 (4th Cir. 2005), the Court **GRANTS** Defendants' Motion to Seal [# 40]. Pending further Order of this Court, Documents # 38 and # 39 shall remain under seal with

access restricted to the Court and the attorneys of record in this case.

Signed: May 31, 2011

Dennis L. Howell
United States Magistrate Judge