**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CV65**

| | | |
|---|---|---|
| AMERICAL CORPORATION, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| INTERNATIONAL LEGWEAR GROUP, | ) | |
| INC. and JAMES A. WILLIAMS, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

Pending before the Court is Defendant's Motion to Seal [# 45]. Pursuant to

Local Rule 6.1, Defendant moves to seal its Memorandum in Support of Motion for

Preliminary Injunction and several of the attached exhibits. Defendant contends that

these documents contain confidential information that is covered by a Confidentiality

Agreement and Protective Order filed in this action.

Upon consideration of Local Rule 6.1 and taking into account the requirements

set forth by the Fourth Circuit in <u>Media Gen. Operations, Inc. v. Buchanan</u>, 417 F.3d

424 (4th Cir. 2005), the Court **GRANTS** Defendant's Motion to Seal [# 45]. The

Court **DIRECTS** the Clerk to restrict access of Defendant's Memorandum in Support

of its Motion for a Preliminary Injunction and Exhibits 2, 14-16, 18-20, 22, and 23 to

the Court and the attorneys of record in this case pending further order of this Court.

Signed: June 28, 2011

Dennis L. Howell
United States Magistrate Judge